UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTURO CHAVARRIA, <br><br> Defendant. | CASE NO.  20CR1631-DMS <br><br> **ORDER AND FINDINGS OF FACT** |

1. On December 9, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings scheduled to begin before January 11, 2021. *See* Order of the Chief Judge No. 52A, In The Matter Of Renewed Suspension Of Jury Trials And Other In-Person Proceedings During the COVID-19 Public Emergency (Revised) (OCJ No. 52A). This Order, which is hereby incorporated by reference, was imposed based on the California Regional Stay at Home Order issued on December 3, 2020, detailing "an unprecedented surge in the level of community spread of COVID-19" and the order issued by the County of San Diego on December 6, 2020,

implementing the state order. On January 4, 2021, the Chief Judge issued OCJ No. 52B, extending OCJ No. 52A to January 22, 2021.

2. In light of the public health restrictions and in order to protect public safety and prevent the spread of the COVID-19 virus, the Court suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until at least January 22, 2021.

3. However, under OCJ No. 52A, 52B, and Section 15002(b)(2)(A) of the CARES Act, a Court presiding over a particular case can authorize the use of video teleconferencing for a change of plea and sentencing hearing upon finding specific reasons that the plea and sentencing cannot be further delayed without serious harm to the interests of justice. Federal Rule of Criminal Procedure 43(b)(2) also authorizes video teleconferencing in misdemeanor cases.

4. Based on the joint motion of the Government and Defendant Arturo Chavarria—and specifically the representation that the parties intend to jointly recommend a time-served custodial sentence—the Court finds that further delay in Mr. Chavarria's plea and sentencing hearing would cause serious harm to the interests of justice. The Magistrate Judge is authorized to use video teleconferencing for Defendant Chavarria's change of plea and sentencing hearing.

IT IS SO ORDERED.

Dated: January 12, 2021

Hon. Dana M. Sabraw
United States District Judge